IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MICHAEL LOVE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 02-2478 M1 |
| | ) |
| SHELBY COUNTY SHERIFF'S DEPARTMENT, | ) |
| | ) |
| Defendant. | ) |

**ORDER TO FILE TRIAL TRANSCRIPT**

The Court has determined that the filing of the trial transcript in this case is necessary to rule on Defendant's Motion for Judgment as a Matter of Law or Alternatively Motion for New Trial or Alternatively Motion to Reduce the Amount of Compensatory Damages, filed June 14, 2004. Accordingly, Defendant Shelby County Sheriff's Department is hereby ORDERED to request and file with the Court a copy of the trial transcript in this case within fourteen (14) days of the date of entry of this order. Defendant shall pay for the cost of the transcript.

So ORDERED this 22 day of November, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-23-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 47 in case 2:02-CV-02478 was distributed by fax, mail, or direct printing on November 23, 2005 to the parties listed.

---

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

M. Dell Stiner
THE WHARTON FIRM
147 Jefferson Avenue
Ste. 1205
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT